## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>                                     *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>1600 Pentagon 3E788<br>Washington, DC 20301-1600<br><br>NATIONAL GUARD BUREAU,<br>111 S George Mason Dr<br>Arlington, VA 22204<br><br>U.S. ARMY,<br>Office of the Army General Counsel<br>104 Army Pentagon<br>Washington, DC 20310-0104<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>and<br><br>U.S. SECRET SERVICE<br>245 Murray Ln SW – Bldg. T-5,<br>Washington, DC 20223<br><br>                                     *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 21-cv-624<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

1.      Plaintiff American Oversight brings this action against the U.S. Department of

Defense, the National Guard Bureau, the U.S. Army, the U.S. Department of Justice, and the

U.S. Secret Service under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the

Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4.      Because Defendants have failed to comply with the applicable time-limit provisions of the FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the Defendants from continuing to withhold department or agency records and ordering the production of department or agency records improperly withheld.

## PARTIES

5.      Plaintiff American Oversight is a nonpartisan non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.      Defendant U.S. Department of Defense (DOD) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal

government within the meaning of 5 U.S.C. § 552(f)(1). DOD has possession, custody, and control of the records that American Oversight seeks.

7.      Defendant National Guard Bureau (National Guard) is a component of the Department of Defense (DOD), which is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The National Guard Bureau has possession, custody, and control of the records that American Oversight seeks.

8.      Defendant U.S. Army (Army) is a component of the Department of Defense (DOD), which is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). Army has possession, custody, and control of the records that American Oversight seeks.

9.      Defendant U.S. Department of Justice (DOJ) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The Office of Information Policy (OIP) is a component of DOJ that processes FOIA requests for other components of DOJ, including the Office of the Attorney General (OAG). The Office of Legal Counsel (OLC) is a component of DOJ that processes its own FOIA requests. DOJ has possession, custody, and control of the records that American Oversight seeks.

10.     Defendant U.S. Secret Service (Secret Service) is a component of the Department of Homeland Security (DHS), which is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within

the meaning of 5 U.S.C. § 552(f)(1). The Secret Service has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

11.     On January 11, 2021, American Oversight submitted similar FOIA requests to DOD, the National Guard, Army, DOJ, and the Secret Service seeking, broadly speaking, communications, directives, and other records related to the potential or actual deployment of resources to the U.S. Capitol, requests for assistance from members of Congress, protests or armed activity at the Capitol, former President Trump's rally, or other security matters from the time period surrounding the January 6, 2021 attack on the Capitol.

*DOD Request*

12.     On January 11, 2021, American Oversight submitted a FOIA request to DOD seeking the following on an expedited basis:

> 1) All communications (including emails, email attachments, complete email chains, text messages (or messages on similar applications such as Signal or WhatsApp) and calendar invitations) <u>sent or received</u> by the officials listed below regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.
>
> Please note that American Oversight does not seek, and that this request specifically <u>excludes</u>, the <u>initial</u> mailing of news clips or other mass-distribution emails. However, subsequent communications forwarding such emails <u>are</u> responsive to this request. In other words, for example, if a specified official received a mass-distribution news clip email referencing protests or violent activity at the Capitol, that initial email would <u>not</u> be responsive to this request. However, if a specified official forwarded that email to another individual with his own

commentary, that subsequent message would be responsive to this request and should be produced.

2) All orders, directives, protocols, or guidance prepared, written, approved, or signed by the officials listed below, regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Specified officials:
a. Chris Miller, Acting Secretary of Defense
b. Kash Patel, Chief of Staff to the Acting Secretary of Defense
c. Douglas Macgregor, Senior Advisor to the Acting Secretary of Defense
d. David Norquist, Deputy Secretary of Defense
e. Gen. Mark A. Milley, Chairman of the Joint Chiefs of Staff
f. Gen. John Hyten, Vice Chairman of the Joint Chiefs of Staff
g. Anthony Tata, Acting Under Secretary of Defense for Policy
h. Paul Ney Jr., General Counsel
i. Anyone serving as White House Liaison, including but not limited to Joshua Whitehouse

Please provide all responsive records from December 31, 2020, through the January 7, 2021.

13.     On January 11, 2021, DOD acknowledged this request, assigned the request tracking number 21-F-0430, and granted expedited processing.

14.     American Oversight has not received any further communication from DOD regarding this request.

### *National Guard Bureau Request*

15.     Also on January 11, 2021, American Oversight submitted a FOIA request to the National Guard Bureau seeking the following on an expedited basis:

1) All communications (including emails, email attachments, complete email chains, text messages (or messages on similar applications such as Signal or WhatsApp) and calendar invitations) sent or received by the officials listed below

regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Please note that American Oversight does not seek, and that this request specifically excludes, the initial mailing of news clips or other mass-distribution emails. However, subsequent communications forwarding such emails are responsive to this request. In other words, for example, if a specified official received a mass-distribution news clip email referencing protests or violent activity at the Capitol, that initial email would not be responsive to this request. However, if a specified official forwarded that email to another individual with his own commentary, that subsequent message would be responsive to this request and should be produced.

2) All orders, directives, protocols, or guidance prepared, written, approved, or signed by the officials listed below, regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Specified officials:
a. Gen. Daniel Hokanson, Chief, National Guard Bureau
b. Lt. Gen. Marc Sasseville, Vice Chief, National Guard Bureau
c. Tony Whitehead, Senior Enlisted Advisor to the Chief
d. Lt. Gen. Jon Jenson, Director, Army National Guard
e. Maj. Gen. William Walker, Commanding General, DC National Guard
f. Brigadier Gen. Aaron Dean II, Adjutant General, DC National Guard
g. Brigadier Gen. Mark Maldonado, Commander, DC National Guard

Please provide all responsive records from December 31, 2020, through the January 7, 2021.

16.   American Oversight has not received any communication from the National

Guard Bureau regarding this request.

*Army Request*

17.    Also on January 11, 2021, American Oversight submitted a FOIA request to the

Army seeking the following on an expedited basis:

> 1)  All communications (including emails, email attachments,
>     complete email chains, text messages (or messages on similar
>     applications such as Signal or WhatsApp) and calendar
>     invitations) sent or received by the officials listed below
>     regarding events at the U.S. Capitol, U.S. National Mall, or
>     surrounding grounds in Washington D.C. on January 6, 2021,
>     including but not limited to the potential or actual deployment
>     of law enforcement officers and/or National Guard troops,
>     requests for assistance from members of Congress or
>     Congressional staff, protests or armed activity at the Capitol,
>     President Trump's rally, or concerns about security.
>
>     Please note that American Oversight does not seek, and that this
>     request specifically <u>excludes</u>, the <u>initial</u> mailing of news clips or
>     other mass-distribution emails. However, subsequent
>     communications forwarding such emails <u>are</u> responsive to this
>     request. In other words, for example, if a specified official
>     received a mass-distribution news clip email referencing
>     protests or violent activity at the Capitol, that initial email would
>     <u>not</u> be responsive to this request. However, if a specified official
>     forwarded that email to another individual with his own
>     commentary, that subsequent message would be responsive to
>     this request and should be produced.
>
> 2)  All orders, directives, protocols, or guidance prepared, written,
>     approved, or signed by the officials listed below, regarding
>     events at the U.S. Capitol, U.S. National Mall, or surrounding
>     grounds in Washington D.C. on January 6, 2021, including but
>     not limited to the potential or actual deployment of law
>     enforcement officers and/or National Guard troops, requests for
>     assistance from members of Congress or Congressional staff,
>     protests or armed activity at the Capitol, President Trump's
>     rally, or concerns about security.
>
> Specified officials:
>   a.  Ryan McCarthy, Secretary of the Army
>   b.  Gen. James McConville, Chief of Staff to the Army
>   c.  James E. McPherson, Undersecretary and General Counsel of the Army
>   d.  Gen. Joseph Martin, Vice Chief of Staff of the Army
>   e.  Lt. Gen. Walter E. Piatt, Director of the Army Staff

For both parts of this request, please provide all responsive records from December 31, 2020, through January 7, 2021.

18. American Oversight has not received any communication from the Army regarding this request.

*DOJ OIP Request*

19. Also on January 11, 2021, American Oversight submitted a FOIA request to DOJ OIP seeking the following on an expedited basis:

1) All communications (including emails, email attachments, complete email chains, text messages (or messages on similar applications such as Signal or WhatsApp) and calendar invitations) <u>sent or received</u> by the officials listed below regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Please note that American Oversight does not seek, and that this request specifically <u>excludes</u>, the <u>initial</u> mailing of news clips or other mass-distribution emails. However, subsequent communications forwarding such emails <u>are</u> responsive to this request. In other words, for example, if a specified official received a mass-distribution news clip email referencing protests or violent activity at the Capitol, that initial email would <u>not</u> be responsive to this request. However, if a specified official forwarded that email to another individual with his own commentary, that subsequent message would be responsive to this request and should be produced.

2) All orders, directives, protocols, or guidance prepared, written, approved, or signed by the officials listed below, regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff,

protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Specified officials:
a. Jeffrey Rosen, Acting Attorney General
b. Richard Donoghue, Principal Associate Deputy Attorney General
c. Anyone serving in the capacity of Chief of Staff to the Acting Attorney General
d. Anyone serving as White House Liaison

For both parts of this request, please provide all responsive records from December 31, 2020, through January 7, 2021.

20.    On January 19, 2021, DOJ OIP acknowledged this request, assigned the request tracking number 2021-00563, and granted expedited processing.

21.    American Oversight has not received any further communication from DOJ OIP regarding this request.

*DOJ OLC Request*

22.    Also on January 11, 2021, American Oversight submitted a FOIA request to DOJ OLC seeking the following on an expedited basis:

1) All communications (including emails, email attachments, complete email chains, text messages (or messages on similar applications such as Signal or WhatsApp) and calendar invitations) sent or received by the officials listed below regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Please note that American Oversight does not seek, and that this request specifically excludes, the initial mailing of news clips or other mass-distribution emails. However, subsequent communications forwarding such emails are responsive to this request. In other words, for example, if a specified official received a mass-distribution news clip email referencing protests or violent activity at the Capitol, that initial email would

<u>not</u> be responsive to this request. However, if a specified official forwarded that email to another individual with his own commentary, that subsequent message would be responsive to this request and should be produced.

2)   All orders, directives, protocols, or guidance prepared, written, approved, or signed by the officials listed below, regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

   Specified officials:
   a.  Steven Engel, Assistant Attorney General
   b.  Anyone serving in the capacity of Deputy Assistant Attorney General
   c.  Rosemary Hart, Special Counsel

   For both parts of this request, please provide all responsive records from December 31, 2020, through January 7, 2021.

23.    On January 15, 2021, DOJ OLC acknowledged this request, assigned the request tracking number FY21-069, and granted expedited processing.

24.    American Oversight has not received any further communication from DOJ OLC regarding this request.

*Secret Service Request*

25.    Also on January 11, 2021, American Oversight submitted a FOIA request to the Secret Service seeking the following on an expedited basis:

1)  All communications (including emails, email attachments, complete email chains, text messages (or messages on similar applications such as Signal or WhatsApp) and calendar invitations) sent or received by the officials listed below regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops,

requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Please note that American Oversight does not seek, and that this request specifically <u>excludes</u>, the <u>initial</u> mailing of news clips or other mass-distribution emails. However, subsequent communications forwarding such emails <u>are</u> responsive to this request. In other words, for example, if a specified official received a mass-distribution news clip email referencing protests or violent activity at the Capitol, that initial email would <u>not</u> be responsive to this request. However, if a specified official forwarded that email to another individual with his own commentary, that subsequent message would be responsive to this request and should be produced.

2) All orders, directives, protocols, or guidance prepared, written, approved, or signed by the officials listed below, regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Specified officials:
a. James Murray, Director
b. Leonza Newsome III, Deputy Director
c. George Mulligan. Chief Operating Officer
d. Brian Ebert, Chief of Staff

For both parts of this request, please provide all responsive records from December 31, 2020, through January 7, 2021.

26.    On January 12, 2021, the Secret Service acknowledged this request, assigned the request tracking number 20210271, and granted expedited processing.

27.    On March 1, 2021, the Secret Service informed American Oversight that the agency had conducted a search but did not provide responsive documents or identify what documents would be produced and what exemptions would be asserted.

28.     American Oversight has not received any further communication from the Secret Service regarding this request.

*Exhaustion of Administrative Remedies*

29.     As of the date of this complaint, Defendants have failed to (a) notify American Oversight of any determination regarding its FOIA requests, including the scope of any responsive records Defendants intend to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

30.     Through Defendants' failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Grant Expedited Processing**
**(As to the National Guard Bureau and Army)**

31.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

32.     American Oversight properly requested records within the possession, custody, and control of Defendants National Guard Bureau and Army on an expedited basis.

33.     Defendants National Guard Bureau and Army are agencies subject to FOIA and must process FOIA requests on an expedited basis pursuant to the requirements of FOIA and agency regulations.

34.     The records American Oversight has requested are urgently needed to inform the public about government activities of extraordinary public importance, and American Oversight

is primarily engaged in disseminating information to the general public. Therefore American Oversight's requests justify expedited processing under FOIA and agency regulations.

35.     American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants National Guard Bureau and Army to grant expedited processing of American Oversight's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

36.     Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

37.     American Oversight properly requested records within the possession, custody, and control of Defendants.

38.     Defendants are agencies subject to FOIA and must therefore make reasonable efforts to search for requested records.

39.     Defendants have failed to promptly review agency records for the purpose of locating those records that are responsive to Plaintiff's FOIA requests.

40.     Defendants' failure to conduct an adequate search for responsive records violates FOIA.

41.     Plaintiff is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to Plaintiff's FOIA requests.

## COUNT III
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

42.     Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

43.     American Oversight properly requested records within the possession, custody, and control of Defendants.

44.     Defendants are agencies subject to FOIA and must therefore make reasonable efforts to search for requested records.

45.     Defendants are wrongfully withholding non-exempt agency records requested by Plaintiff by failing to produce non-exempt records responsive to its FOIA requests.

46.     Defendants' failure to provide all non-exempt responsive records violates FOIA.

47.     Plaintiff is therefore entitled to declaratory and injunctive relieve requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants National Guard Bureau and Army to grant expedited processing of American Oversight's requests;

(2) Order Defendants to conduct a search reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(3) Order Defendants to produce, within twenty days of the Court's order, any and all non-exempt records responsive to American Oversight's FOIA requests and *Vaughn* indexes of any responsive records withheld under claim of exemption;

(4) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(5) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(6) Grant American Oversight such other relief as the Court deems just and proper.

Dated: March 9, 2021                          Respectfully submitted,

                                              */s/ Daniel A. McGrath*
                                              Daniel A. McGrath
                                              D.C. Bar No. 1532723

                                              AMERICAN OVERSIGHT
                                              1030 15th Street NW, B255
                                              Washington, DC 20005
                                              (202) 897-4213
                                              daniel.mcgrath@americanoversight.org

                                              *Counsel for Plaintiff*