# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
AMERICAN OVERSIGHT,                                     )
                                                        )
                        Plaintiff,                      )
                                                        )
            v.                                          )            Case No. 1:21-cv-624  (RC)
                                                        )
U.S. DEPARTMENT OF DEFENSE, *et al.*,                   )
                                                        )
                        Defendants.                     )
_____ )

## JOINT STATUS REPORT

This is a Freedom of Information Act case. *See* Compl. ¶ 1, ECF No. 1. Six FOIA requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 11.

Consistent with the Court's November 23, 2021 Minute Order, the Parties—Plaintiff American Oversight and Defendants U.S. Department of Defense ("DOD"), National Guard Bureau, U.S. Department of the Army ("Army"), U.S. Department of Justice ("DOJ"), and U.S. Secret Service ("Secret Service")—provide this update.

1.      DOD's searches are complete. By letters dated August 31, 2021, October 6, 2021, November 8, 2021, December 8, 2021, January 22, 2022, and February 28, 2022, DOD made interim responses and produced responsive records. DOD will continue to make responses roughly monthly, as appropriate.

2.      Army's preliminary search is complete. On September 17, 2021, November 15, 2021, and January 14, 2022, Army made interim responses and produced responsive records. Army anticipates producing its next batch of documents by mid-April.

3.      The National Guard Bureau's preliminary search is complete. It is reviewing potentially responsive records, and, on August 31, 2021, September 17, 2021, November 8, 2021, December 20, 2021, and February 17, 2022, it made interim responses and produced responsive records. The National Guard Bureau will aim to make its next interim response in April.

4.      Plaintiff sent requests to two DOJ components: the Office of Information Policy and the Office of Legal Counsel.

a.      By letters dated August 13, 2021, November 16, 2021, and December 30, 2021, the Office of Information Policy issued interim responses and a final response and produced responsive records. The Office of Information Policy is now finished processing the requests.

b.      The Office of Legal Counsel's search is complete, and it is currently reviewing potentially responsive records. By letters dated October 15, 2021, November 17, 2021, and December 23, 2021, the Office of Legal Counsel made interim responses. The responses noted that the Office of Legal Counsel had referred pages to other entities. The Office of Legal Counsel expects to make its next interim response in April.

5.      The Secret Service's search is complete. By letters dated August 2, 2021, October 25, 2021, November 23, 2021, January 12, 2022, and March 11, 2022, the Secret Service made interim responses and produced responsive records. The Secret Service is consulting with other agencies on certain potentially responsive material, and will produce responsive, non-exempt portions of the document when the consultation is completed.

6.      The Parties are conferring regarding the number of pages each agency will review for each rolling production.

7.      The Parties propose that they file a joint status report by June 1, 2022, updating

the Court on the status of the case.


Dated: March 29, 2021                              Respectfully submitted,

                                                   BRIAN M. BOYNTON
                                                   Principal Deputy Assistant Attorney General

                                                   ELIZABETH J. SHAPIRO
                                                   Deputy Director
                                                   Federal Programs Branch

                                                   */s/ Lee Reeves*
                                                   LEE REEVES
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L Street, N.W.
                                                   Washington, D.C. 20005
                                                   Telephone: (202) 616-0773
                                                   Facsimile: (202) 616-8460
                                                   Lee.Reeves2@usdoj.gov

                                                   *Counsel for Defendants*

                                                   */s/ Emma Lewis*
                                                   Emma Lewis
                                                   D.C. Bar No. 144574

                                                   AMERICAN OVERSIGHT
                                                   1030 15th Street NW, B255
                                                   Washington, DC 20005
                                                   (202) 919-6303
                                                   emma.lewis@americanoversight.org

                                                   *Counsel for Plaintiff*