IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-624 (RC) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

This is a Freedom of Information Act case. *See* Compl. ¶ 1, ECF No. 1. Six FOIA requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 11.

Consistent with the Court's November 23, 2021 Minute Order, the Parties—Plaintiff American Oversight and Defendants U.S. Department of Defense ("DOD"), National Guard Bureau, U.S. Department of the Army ("Army"), U.S. Department of Justice ("DOJ"), and U.S. Secret Service ("Secret Service")—provide this update.

1.  DOD's searches are complete. By letters dated August 31, 2021, October 6, 2021, November 8, 2021, December 8, 2021, January 22, 2022, February 28, 2022, March 31, 2022, April 29, 2022, May 31, 2022, June 20, 2022, and July 29, 2022, DOD made interim responses and produced responsive records. DOD anticipates making its next production at the end of August.

2.  Army's preliminary search is complete. On September 17, 2021, November 15, 2021, January 14, 2022 and April 28, 2022, Army made interim responses and produced

responsive records. Army anticipates producing its next batch of documents by the end of August.

3. The National Guard Bureau's preliminary search is complete. It reviewed potentially responsive records, and, on August 31, 2021, September 17, 2021, November 8, 2021, December 20, 2021, February 17, 2022, and April 27, 2022, it made interim responses and produced responsive records. NGB anticipates providing an update regarding records out for consultation with other agencies in September.

4. Plaintiff sent requests to two DOJ components: the Office of Information Policy and the Office of Legal Counsel.

   a. By letters dated August 13, 2021, November 16, 2021, and December 30, 2021, the Office of Information Policy issued interim responses and a final response and produced responsive records. The Office of Information Policy is now finished processing the requests.

   b. The Office of Legal Counsel's search is complete, and it is currently reviewing potentially responsive records. By letters dated October 15, 2021, November 17, 2021, December 23, 2021, and August 1, 2022, the Office of Legal Counsel made interim responses. The responses noted that the Office of Legal Counsel had referred pages to other entities.

5. The Secret Service's search is complete. By letters dated August 2, 2021, October 25, 2021, November 23, 2021, January 12, 2022, and March 11, 2022, the Secret Service made interim responses and produced responsive records. The Secret Service is consulting with other agencies on certain potentially responsive material, and will produce responsive, non-exempt portions of the document when the consultation is completed. The Secret Service plans to have consultations completed in the next few weeks.

7.      The Parties propose that they file a joint status report by October 3, 2022, updating the Court on the status of the case.

Dated: August 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendants*

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*